UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANTONIO MCQUEEN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 2:22-CV-00276-LEW |
| | ) |
| RANJIT SINGH, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On November 23, 2022, the United States Magistrate Judge filed with the court, with copies to Plaintiff Antonio McQueen, his Recommended Decision After Review of Complaint (ECF No. 19), in which decision the Magistrate Judge screens Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and recommends dismissal of the complaint without service on the defendants due to Plaintiff's failure to state a claim. The time within which to file an objection to the Magistrate Judge's recommendation expired on December 7, 2022, and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive the right to de novo review and appeal.

For the reasons stated in the Recommended Decision After Review of Complaint, it is hereby ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

Dated this 10th day of January, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE